# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROSS JAY LAWSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-767

[May 30, 2018]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 89-24017CF10A.

Ross Jay Lawson, Lowell, pro se.

No appearance required for appellee.

PER CURIAM.

Affirmed. *See Fitzpatrick v. State*, 868 So. 2d 615 (Fla. 2d DCA), *rev. denied*, 891 So. 2d 550 (Fla. 2004).

WARNER, DAMOORGIAN and LEVINE, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*